IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ELLIS,<br><br>    Plaintiff,<br><br>   v.<br><br>SARGENT KEENER; LIEUTENANT MORRIS,<br><br>    Defendants. | Case No.: C 13-2907 JSC (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983, complaining about the conditions of his confinement when he was incarcerated at Old Folsom State Prison in Represa, California. Specifically, he complains that Defendants, two officers at Old Folsom, knowingly housed him with a dangerous inmate.

    When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue,

1  the district court has the discretion either to dismiss the case or transfer it to the proper federal
2  court "in the interest of justice."  28 U.S.C. § 1406(a).
3      Plaintiff's allegations arise out of events occurring at Old Folsom State Prison, and the
4  allegedly responsible officials are located there.  Old Folsom is located within the venue of the
5  United States District Court for the Eastern District of California.
6      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is
7  TRANSFERRED to the United States District Court for the Eastern District of California.
8      The Clerk of the Court shall transfer this matter forthwith.
9      **IT IS SO ORDERED.**

11  Dated: June 27, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE